**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Varia Systems, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 05-0522912 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3701 Commerce Drive Suite 1001**<br>**Halethorpe, MD 21227**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.varia.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **Varia Systems, Inc.**                                          Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Varia Systems, Inc.**
Name

Case number (*if known*)

Debtor   **Varia Systems, Inc.**                                   Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name       _____

         Phone              _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Varia Systems, Inc.**                                          Case number (*if known*) _____
         Name

---

**████    Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2016**
             MM / DD / YYYY

**X /s/ Douglas Horensky**                              **Douglas Horensky**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Alan M. Grochal**                              Date    **April 25, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Alan M. Grochal**
Printed name

**Tydings & Rosenberg, LLP**
Firm name

**100 East Pratt Street**
**26th Floor**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone    **410 752 9700**        Email address    **agrochal@tydingslaw.com**

**01447**
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Varia Systems, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __April 25, 2016__          X __/s/ Douglas Horensky__
                                              Signature of individual signing on behalf of debtor

                                              __Douglas Horensky__
                                              Printed name

                                              __President__
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Varia Systems, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cable Exchange 3008 S. Croddy Way Attention Joe Hynes Santa Ana, CA 92704** | | **Services rendered** | | | | $679,988.00 |
| **Accu-Tech PO Box 840781 Dallas, TX 75284** | | **Services rendered** | | | | $525,194.00 |
| **Net-IG PO Box 812 Attention Tami Harmon Kent, WA 98035** | | **Services rendered** | | | | $376,695.00 |
| **American Express Corporate Po Box 1270 Newark, NJ 07101** | | **Credit card purchases** | | | | $217,810.37 |
| **Mona Electric Group, Inc. 7915 Malcolm Rd Suite 200 Attention Crystal Shaw-Davis Clinton, MD 20735** | | **Services rendered** | | | | $199,145.00 |
| **American Express Po Box 1270 Newark, NJ 07101** | | **Credit card purchases** | | | | $109,070.24 |
| **Crestron 15 Volvo Dr Attention David Barakat Ranger, TX 76470** | | **Services rendered** | | | | $96,134.00 |
| **S2 Security One Speen Street Framingham, MA 01701** | | **Services rendered** | | | | $94,826.92 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Varia Systems, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Broadway Electric Supply<br>11820 A Mays Chapel Rd<br>Attention Kathy Thompson<br>Lutherville Timonium, MD 21094-3000 | | Services rendered | | | | $79,333.39 |
| Communications Supply Corp<br>3462 Solution Center Dr.<br>Attention Wayne Neidecker<br>Chicago, IL 60677 | | Services rendered | | | | $74,212.95 |
| Almo Professional A/V<br>Po Box 536251<br>Pittsburgh, PA 15253 | | Services rendered | | | | $41,065.40 |
| ADI-Honeywell International<br>263 Old Country Rd.<br>Melville, NY 11747 | | | | | | $38,003.00 |
| ABS Electrical<br>2138 Priest Bridge Ct.<br>Suite 6<br>Crofton, MD 21114 | | Services rendered | | | | $37,485.00 |
| Entry Master Systems, Inc<br>3710 Commerce Dr. Ste. 1001<br>Halethorpe, MD 21227 | | Services rendered | | | | $34,437.00 |
| Intelect Corporation<br>4000 Dillon Street<br>Baltimore, MD 21224 | | Services rendered | | | | $34,146.55 |
| Anixter<br>2301 pATRIOT bLVD<br>Attention Nick Duffield<br>Glenview, IL 60026 | | Services rendered | | | | $33,448.42 |
| Merritt Properties Merritt-091, LLC<br>2066 Lord Baltimore Drive<br>Windsor Mill, MD 21244 | | Services rendered | | | | $29,094.88 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Varia Systems, Inc.** | Case number *(if known)* | |
|--------|-------------------------|--------------------------|--|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Security Search & Consulting 370 N. Westlake Blvd. Suite 200 Thousand Oaks, CA 91362** | | **Services rendered** | | | | **$26,860.00** |
| **FP Sterlink Park I PO Box 223752 Chantilly, VA 20153** | | **Services rendered** | | | | **$25,328.00** |
| **New Wave Communications Inc 133 Log Canoe Circle Suite B Stevensville, MD 21666** | | **Services rendered** | | | | **$22,108.14** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re    __Varia Systems, Inc.__               Case No. _____

                                     Debtor(s)        Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 25, 2016__ _____         __/s/ Douglas Horensky__ _____

                                                     __Douglas Horensky__/__President__
                                                     Signer/Title

Varia Systems, Inc.
3701 Commerce Drive Suite 1001
Halethorpe, MD 21227


Alan M. Grochal
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202


ABS Electrical
2138 Priest Bridge Ct.
Suite 6
Crofton, MD 21114


Accu-Tech
PO Box 840781
Dallas, TX 75284


ADI-Honeywell International
263 Old Country Rd.
Melville, NY 11747


Advance Business Systems
Po Box 759319
Baltimore, MD 21275


Alka Communications
6710 F Richie Highway
Site 252
Glen Burnie, MD 21061


Alltech Wiring and Controls , Inc
412 Loop Road
Garner, NC 27529


Almo Professional A/V
Po Box 536251
Pittsburgh, PA 15253

American Express
Po Box 1270
Newark, NJ 07101


American Express Corporate
Po Box 1270
Newark, NJ 07101


Anixter
2301 pATRIOT bLVD
Attention Nick Duffield
Glenview, IL 60026


APT Systems LLC
1208 Molesworth Road
Attention Joe Stricker
Parkton, MD 21120


Aramark
Po Box 415758
Boston, MA 02241


ARC Eastern
9130 Red Branch Road
Suite P
Columbia, MD 21045


Aronson LLC
805 King Farm Blvd
Suite 300
Rockville, MD 20850


Atruent
1131 Benfield Blvd
Suite G
Millersville, MD 21108

Automatic Control Systems
Po Box 28948
New York, NY 10087


Baltimore County Maryland
400 Washington Ave
Room 152
Towson, MD 21204


BIAMP Systems
9300 SW Gemini Drive
Beaverton, OR 97008


Boe-TEL Communications LLC
PO BOX 363
Braithwaite, LA 70040


Broadata Communications Inc
2545 West 237th Street
Torrance, CA 90505


Broadway Electric Data Network
PO Box 363
Attention Kathy Thompson
Lutherville Timonium, MD 21094


Broadway Electric Supply
11820 A Mays Chapel Rd
Attention Kathy Thompson
Lutherville Timonium, MD 21094-3000


BTR Truck Services
7920 Tarbay Drive
Jessup, MD 20794


BTX Technologies
5 Skyline Drive
Hawthorne, NY 10532

Cable Exchange
3008 S. Croddy Way
Attention Joe Hynes
Santa Ana, CA 92704


Cable for Less
9093 S State Road 39
Mooresville, IN 46158


Caprate Events
410 Adams St.
Site 1L
Hoboken, NJ 07030


Cetric Leasing A Program Of De Large
Po Box 41602
Philadelphia, PA 19101


CFG Community Bank
1422 Clarkview Road
Baltimore, MD 21209


Cintas Corporation
Po Box 630803
Cincinnati, OH 45263


Clark Leadership Group
8 Georgia Ct.
Baltimore, MD 21212


Commercial Trades
11623 Manor Road
Glen Arm, MD 21057


Communications Supply Corp
3462 Solution Center Dr.
Attention Wayne Neidecker
Chicago, IL 60677

County of Loudon
PO Box 1000
Leesburg, VA 20177


Crestron
15 Volvo Dr
Attention David Barakat
Ranger, TX 76470


CroppMetcalfe
8421 Hilltop Rd
Fairfax, VA 22031


DB Audio Video Solution
105 Village Way
Mount Airy, MD 21771


DC Treasurer
DC DMV Adjudication Services
PO Box 2014
Washington, DC 20013


DC Treasurer
DC Office of Tax and Revenue
Po Box 96019
Washington, DC 20090


Digital Monitoring Products
LocKBOX 871000
Kansas City, MO 64187


Diversified Electric
5205 Southhampton Drive
Springfield, VA 22151


Dominion Electric Supply
Po Box 7227
Arlington, VA 22207

Dominion Virgina Power
Po Box 26543
Richmond, VA 23290


Electronic Data Solutions Inc
1201 Philco Rd
Rosedale, MD 21237


Entry Master Systems, Inc
3710 Commerce Dr. Ste. 1001
Halethorpe, MD 21227


Fedex
Po Box 371461
Pittsburgh, PA 15250


Ford Motor Credit
Po Box 220564
Pittsburgh, PA 15257


FP Sterlink Park I
PO Box 223752
Chantilly, VA 20153


FSR Inc
244 Bergen Blvd
Little Falls, NJ 07424


Gettle Incorporated
325 Busser Rd
Po Box 337
Emigsville, PA 17318


Graybar
Po Box 403049
Atlanta, GA 30384

Griffin Networks
19209 Chennault Way
Ste K
Gaithersburg, MD 20879


High Yield Industrial Products
PO Box 93566
Las Vegas, NV 89193


Hilti
Po Box 382002
Pittsburgh, PA 15250


hUBER AND sUHNER, iNC
8530 Steele Creek Place Drive
Charlotte, NC 28273


Hunt Electronics USA, iNC
11790 Jersey Blvd
Rancho Cucamonga, CA 91730


Income Realty, LLC
c/o Investment Counselors of Maryland
803 Catherdral Street
Baltimore, MD 21201


Insight Global Inc
Po Box 198226
Atlanta, GA 30384


Intelect Corporation
4000 Dillon Street
Baltimore, MD 21224


Intelice Solutions
6720 B Rockledge Drive
Suite 710
Bethesda, MD 20817

kEITH jONES
102 Accomac Rd
Front Royal, VA 22630


Larry T Weiss, Co.
7011 Troy Hill Drive
Elkridge, MD 21075


Law Office of Max D. Miller
5 South Hickory Ave
Belcamp, MD 21017


Lencore
One Crossways Park Drive West
Woodbury, NY 11797


Lenders Consulting Group LLC
201 E Kennedy Blvd
Ste 325
Tampa, FL 33602


Ling Services
1200 Steuart Street
Suite C3
Baltimore, MD 21230


Merritt Properties
Merritt-091, LLC
2066 Lord Baltimore Drive
Windsor Mill, MD 21244


Mobile Mini Inc
Po Box 740773
Cincinnati, OH 45274

Mona Electric Group, Inc.
7915 Malcolm Rd
Suite 200
Attention Crystal Shaw-Davis
Clinton, MD 20735


Nationwide
Po Box 10479
Des Moines, IA 50306


Net Fiber Once Inc
5534 Belfast Place
Springfield, VA 22151


Net-IG
PO Box 812
Attention Tami Harmon
Kent, WA 98035


New Wave Communications Inc
133 Log Canoe Circle Suite B
Stevensville, MD 21666


NexTraq
Po Box 538566
Atlanta, GA 30353


Northern Video Systems
PO Box 402433
Atlanta, GA 30384


Offit and Roth, PA
8 Park Center Court
Suite 100
Owings Mills, MD 21117


OSI Hardware
606 Olive Street
Santa Barbara, CA 93101

Outsource
1970 E Grand Ave
Suite 120
El Segundo, CA 90245


PAETEC
PO Box 9001013
Louisville, KY 40290


Perfection Automotive
21600 Cedar Lane Ste #101
Sterling, VA 20166


Pivot Design
230 West Huron , 4th Floor
Chicago, IL 60610


PMI Synergy Group LLC
8839 M Kelso Drive
Essex, MD 21221


Printing Specialist Corp
806 D Cromwell Park Drive
Glen Burnie, MD 21061


Quarles Fleet Fueling
Po Box 7327
Fredericksburg, VA 22404


Rentelco
Po Box 45075
San Francisco, CA 94145


S2 Security
One Speen Street
Framingham, MA 01701

Security Search & Consulting
370 N. Westlake Blvd.
Suite 200
Thousand Oaks, CA 91362


Servers Direct
20480 E. Business Parkway
Walnut, CA 91789


Shred- It USA
pO bOX 13574
New York, NY 10087


Stampede
Po Box 200975
Pittsburgh, PA 15251


Staples Advantage
Dept DC
PO Box 415256
Boston, MA 02241


Starin
Dept 78746
Po Box 78000
Detroit, MI 48278


Steelcase Financial
Administration Center
475 Sansome Street
19th Floor
San Francisco, CA 94111


Sunbelt Rentals
Po Box 409211
Atlanta, GA 30384

```
TRG Tec
8630 M Guilford Rd
Site 171
Columbia, MD 21046


True Look Inc
102 W 3rd St.
Suite 725
Winston Salem, NC 27101


Verigent LLC
149 Plantation Ridge Drive
Suite 100
Mooresville, NC 28117


Washington Gas
1100 H. Street, NW
Bankruptcy - 2nd Floor
Washington, DC 20080


Washington Music Center
11151 Veirs Mill Rd
Silver Spring, MD 20902


Waste Management
Po Box 13648
Philadelphia, PA 19101


West Penn
Po Box 3223
Carol Stream, IL 60132


Windy City Wire
Po Box 515563
Los Angeles, CA 90051
```

# United States Bankruptcy Court
## District of Maryland

In re  **Varia Systems, Inc.**         Case No.
<br>                                 Debtor(s)     Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Varia Systems, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 25, 2016
<br>Date

**/s/ Alan M. Grochal**
<br>**Alan M. Grochal 01447**
<br>Signature of Attorney or Litigant
<br>Counsel for    **Varia Systems, Inc.**
<br>**Tydings & Rosenberg, LLP**
<br>**100 East Pratt Street**
<br>**26th Floor**
<br>**Baltimore, MD 21202**
<br>**410 752 9700**
<br>**agrochal@tydingslaw.com**